UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 24-CR-459 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| -vs- | ) | SENTENCING MEMORANDUM |
| | ) | |
| DAMIEN SAMPLE, | ) | |
| | ) | |
| Defendant. | ) | |

**I.     Introduction.**

On February 12, 2025, Damien Sample pleaded guilty to one count of Felon in Possession of a Firearm and two counts of Distribution of Methamphetamine. Pursuant to the plea agreement, the parties agree to recommend a sentence within the advisory guideline range. The Defense submits that the lowest sentence allowable under the guideline range will fulfill the purposes of sentencing enumerated in 18 U.S.C. 3553(a).

**II.     The Defendant's Background.**

Sample was born in Cleveland in 1976. He grew up without his father, who was shot and killed in 1982. Sample's family lived in a neighborhood where poverty, drugs, and violence were common, and his family was often unable to pay for utilities. As a young child, Sample suffered severe abuse at the hands of family members, which continued into his teenage years. Sample joined a gang when he was in the 10th grade.

From 1994 through 1997, Sample served in the United States Marine Corps. After his discharge, he struggled with mental illness. He was diagnosed with bipolar disorder and was hospitalized in the psychiatric departments of the Brecksville VA and Northcoast Behavioral

Health Services. Later in life, he struggled with substance abuse, and engaged in treatment with the Community Assessment and Treatment Service from April through August, 2024.

At the time of Sample's arrest in November 2024, he worked full time as a cook at Farm House Foods. He was also active in Emmanuel Christian Church and volunteered for the local food bank. In addition to work and church, Sample played an active role in the lives of his two grandchildren. In support of this Memorandum, the Defense submits letters of support from the following friends, family members, and co-workers:

    A. Brenda Sample;

    B. Deacon Sample;

    C. Janice Austin-Thatch;

    D. Matthew Armstrong;

    E. Sidney Perkins; and

    F. Yolanda Bowie.

**III.    Conclusion.**

Damien Sample is 49 years old. There is little doubt that "[r]ecidivism rates decline relatively consistently as age increases." *United States v. Payton*, 754 F.3d 375, 379 (6th Cir. 2014). Beyond the age of fifty, there is a significantly lower rate of recidivism. *Id*. Considering his age and support in the community, Sample's likelihood of recidivism is low. Therefore, a sentence at the low end of the applicable guideline range will fulfill the purposes of sentencing enumerated in 18 U.S.C. 3553(a).

The defense further requests that this court consider substance abuse treatment as part of his sentence, including residential drug abuse treatment pursuant to 18 U.S.C. §3621(e) and 20 C.F.R. 550.50.

Respectfully submitted,

*/s/ Scott J. Friedman*
SCOTT J. FRIEDMAN (#0084852)
sfriedman@sfriedman-law.com
IMG Building, Suite 910
1360 East 9th Street
Cleveland, OH  44114
216-260-1382 (Fax:  216-241-5464)
**ATTORNEY FOR DEFENDANT**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the foregoing motion has been filed electronically this 25th day of November, 2025.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing system.

*/s/ Scott J. Friedman*
SCOTT J. FRIEDMAN (#0084852)
sfriedman@sfriedman-law.com
ATTORNEY FOR DEFENDANT
